

1  Jeffrey S. Gerardo #146508
   Steven M. Dailey #163857
2  Starlet J. Japp #243097
   Kutak Rock LLP
3  18201 Von Karman, Suite 1100
   Irvine, CA 92612
4  Telephone: (949) 417-0982
   Facsimile: (949) 417-5394
5  Email:  Jeffrey.Gerardo@KutakRock.com
   Email:  Steven.Dailey@KutakRock.com
6  Email:  Star.Japp@KutakRock.com

7  Appearing for Defendants,
   WELLS FARGO HOME MORTGAGE, A
   DIVISION OF WELLS FARGO BANK, N.A.
8  and TAMI CROOKS

FILED
2011 JUN 17 PM 2:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MORGAN CHIKOSI,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; DONALD JOSEPH WANSTEN; TAMI CROOKS; MICHAEL T. GALLAGHER; and DENISE HOUSATCHENKO,<br><br>Defendants. | Case No. EDCV11-00964 VAP (DTBx)<br><br>(San Bernardino County Superior Court Case No. CIVVS1103019)<br><br>**DEFENDANT WELLS FARGO HOME MORTGAGE A DIVISION OF WELLS FARGO BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Filed concurrently with Civil Case Cover Sheet; Certificate and Notice of Interested Parties; Notice of Removal and Declaration of Starlet J. Japp] |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

///

///

///

///

4811-2126-6953.1
14617-545

- 1 -

CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate
2  disclosure statement is filed on behalf of Defendant WELLS FARGO HOME
3  MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. ["Wells Fargo"]
4  No public entity owns 10% or more of Wells Fargo.

Dated: June 17, 2011                    KUTAK ROCK LLP

By: _____
Jeffery S. Gerardo
Steven M. Dailey
Starlet J. Japp
Attorneys for Defendant,
WELLS FARGO HOME
MORTGAGE, A DIVISION OF
WELLS FARGO BANK, N.A. and
TAMI CROOKS

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4811-2126-6953.1
14617-545

- 2 -

CORPORATE DISCLOSURE STATEMENT