1  GARY J. LORCH (State Bar No. 119989)
   Email: glorch@gordonrees.com
2  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
   DENISE HOUSATCHENKO

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | MORGAN CHIKOSI,                         | Case No. EDCV 11-964 DSF (DTBx)
12 |              Plaintiff,                 | **JUDGMENT IN FAVOR OF DENISE HOUSATCHENKO**
13 |     vs.                                 |
14 | WELLS FARGO HOME MORTGAGE;              |
   | DONALD JOSEPH WANSTEN; TAMI             |
15 | CROOKS; MICHAEL T.                      |
   | GALLAGHER; and DENISE                   |
16 | HOUSATCHENKO,                           |
17 |              Defendants.                |

18

19

20

21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1
**JUDGMENT IN FAVOR OF DENISE HOUSATCHENKO - EDCV11-00964 DSF (DTBx)**

1 This action came up for consideration by the Court without oral argument on
2 a Motion to Dismiss brought by Defendant Denise Housatchenko. The issues
3 having been fully considered, and a decision having been duly rendered,

4 **IT IS HEREBY ORDERED AND ADJUDGED** that this action is
5 dismissed with prejudice as to Defendant Denise Housatchenko, that Plaintiff
6 Morgan Chikosi take nothing as against Defendant Denise Housatchenko, that
7 Judgment is hereby entered in favor of Defendant Denise Housatchenko and
8 against Plaintiff Morgan Chikosi in accordance with the Court's Order of January
9 3, 2012, and that Defendant Denise Housatchenko recover her costs.

Dated: _1/5/12

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

CG/1071136/11425112v.1

2
**JUDGMENT IN FAVOR OF DENISE HOUSATCHENKO - EDCV11-00964 DSF (DTBx)**