UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN CHIKOSI,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; DONALD JOSEPH WANSTEN; TAMI CROOKS; MICHAEL T. GALLAGHER; and DENISE HOUSATCHENKO,<br><br>Defendants. | Case No. 5:11-CV-00964 DSF (DTBx)<br><br>**JUDGMENT IN FAVOR OF WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., TAMI CROOKS AND DONALD JOSEPH WANSTEN (FED. R. CIV. P. 54(b))** |

On October 25, 2011, this Court issued an Order granting WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.'s, TAMI CROOKS' and DONALD JOSEPH WANSTEN's ("Lender Defendants") Motion to Dismiss Plaintiff MORGAN CHIKOSI's First Amended Complaint. Plaintiff was given leave to amend as to the breach of contract and unfair business practices

claims only. Plaintiff failed to file a Second Amended Complaint. The issues, having been fully considered, and a decision having been duly rendered,

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED, that this action is dismissed with prejudice as to Lender Defendants and that Plaintiff MORGAN CHIKOSI take nothing as against Lender Defendants.

**IT IS SO ORDERED.**

DATED: 2/14/12  _____

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE