JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN CHIKOSI, | Case No. EDCV11-00964-JGB(DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WELLS FARGO HOME MORTGAGE, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 15, 2013

JESUS G. BERNAL
United States District Judge